**Copyrights-In-Suit for IP Address 70.139.66.148**

**ISP:** AT&T U-verse
**Location:** Deer Park, TX

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Two Gentlemen and A Lady | PENDING | 06/09/2018 | 07/03/2018 | 06/17/2018 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 10/22/2017 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 09/11/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 02/12/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 02/12/2017 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 12/20/2016 |

**Total Malibu Media, LLC Copyrights Infringed:  6**

EXHIBIT B

STX184