United States District Court
Southern District of Texas
**ENTERED**
July 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, § § § Plaintiff, § VS. § JOHN DOE., and KIT MAYBIN § § Defendants. § § | CIVIL ACTION NO. 4:18-CV-2971 |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed June 10, 2019, (Doc # 27), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 07/08/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge